UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN JOSEPH GUILLOTTE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1775** |
| **EAST BATON ROUGE PARISH, ET AL.** | **SECTION "B" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff Brian Joseph Guillotte's 42 U.S.C. § 1983 claim against East Baton Rouge Parish, Lafourche Parish, Sheriff Craig Webre, Sheriff Sid Gautreaux III, Warden Cantrelle Davis, Lt. Neil Ledet, Captain Carla Beck, Deborah Guidry and Doug Welborn be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 15th day of August, 2022.

_____
SENIOR UNITED STATES DISTRICT JUDGE